IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA KERSEY,<br><br>        Plaintiff,<br><br>  v.<br><br>HAIR CLUB FOR MEN,<br><br>        Defendant.<br>                                      / | No. C 09-04595 SI<br><br>**PRETRIAL PREPARATION ORDER** |

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 4, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 3, 2010.

DESIGNATION OF EXPERTS: 11/15/10; REBUTTAL: 11/30/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 20, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by September 10, 2010;

    Opp. Due October 1, 2010;  Reply Due October 15, 2010;

    and set for hearing no later than October 29, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 18, 2010 at 3:30 PM.

JURY TRIAL DATE: January 31, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Spero for settlement. The settlement conference shall occur during May 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                      SUSAN ILLSTON
                                                      United States District Judge