| | |
|---|---|
| JOHN F. BAUM (SBN 148366) <br> jbaum@chklawyers.com <br> AMY A. DURGAN (SBN 245325) <br> adurgan@chklawyers.com <br> CURIALE HIRSCHFELD <br>  KRAEMER LLP <br> 727 Sansome Street <br> San Francisco, CA 94111 <br> Telephone: (415) 835-9000 <br> Facsimile: (415) 834-0443 | PAMELA PITT (SBN 156395) <br> pittlawoffice@gmail.com <br> LAW OFFICE OF PAMELA PITT <br> 22 Battery Street, Suite 1000 <br> San Francisco, CA 94111 <br> Telephone: (415) 291-9251 <br> Facsimile: (415) 291-9252 |
| Attorneys for Defendant <br> HAIR CLUB FOR MEN, LLC <br> (erroneously named as HAIR CLUB FOR MEN, LTD., INC.) | Attorneys for Plaintiff <br> JESSICA KERSEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA KERSEY, <br><br> Plaintiff, <br><br> vs. <br><br> HAIR CLUB FOR MEN LTD., INC. and DOES 1 through 10, <br><br> Defendant. | Case No. 3:09-cv-04595-SI <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS all parties to this action stipulate and agree that all claims in the above-captioned proceeding have been fully settled and compromised;

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to F.R.C.P. 41(a)(1);

IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fees and costs of suit.

| | |
|---|---|
| Dated: May 11, 2010. | CURIALE HIRSCHFELD KRAEMER LLP |
| | By: /s/ John F. Baum |
| | John F. Baum |
| | Amy A. Durgan |
| | Attorneys for Defendant HAIR CLUB FOR MEN, LLC (erroneously named as HAIR CLUB FOR MEN, LTD., INC.) |
| Dated: May 11, 2010. | LAW OFFICE OF PAMELA PITT |
| | By: /s/ Pamela Pitt |
| | Pamela Pitt |
| | Attorney for Plaintiff |
| | PAMELA PITT |

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 3:09-CV-04595-SI